Jonathan Jay PARKER,
Plaintiff–Appellant

v.

ASRC OMEGA NATCHIQ, Corporate Parent Arctic Slope Regional Corp., Corporate Parent ASRC Energy Services, Defendant–Appellee.

No. 08–31229
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Sept. 11, 2009.

Jonathan Jay Parker, Breaux Bridge, LA, pro se.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

220

Gerald C. Delaunay, Perrin, Landry, Delaunay, Dartez & Ouellet, Lafayette, LA, for Defendant–Appellee.

Before REAVLEY, DAVIS, and HAYNES, Circuit Judges.

PER CURIAM: *

The judgment of the district court is affirmed for the reasons given by that court on November 7, 2008.

Mr. Parker has not presented evidence that he is disabled by high blood pressure. One reading that delayed his employment cannot support a finding of disability. And the OSHA or citation relative to a follow-up examination adds nothing.

Furthermore, there is no evidence that would support a finding that actual or perceived hypertension was related to his discharge.

AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.